IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF   DIVISION

| | | |
|---|---|---|
| VIDA JEAN BRAKEFIELD SMITH | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO:5:09CV0065   SWW |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, ET AL. | * | |
| | | |
| Defendants | | |

## ORDER

Before the Court is Defendant's motion to dismiss this case for lack of prosecution.  The time for responding has passed, and Plaintiff, who proceeds pro se, has failed to file a response.  In support of the motion, Defendant reports that it has attempted to contact Plaintiff to confer as required under the Federal Rules of Civil Procedure, but has failed to return counsel's phone calls.  Additionally, Defendant states that Plaintiff failed to comply with the Court's order directing Plaintiff to provide complete responses to Defendant's discovery requests.  **Plaintiff is advised that if she wishes to pursue her claims in this case, she must file a response to Defendant's motion within 10 (ten) days from the entry date of this order.   The failure to file a response will result in dismissal of this case without prejudice.**

IT IS SO ORDERED THIS 12TH  DAY OF MAY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE