## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| VIDA JEAN BRAKEFIELD SMITH | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 5:09CV0065 SWW |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, ET AL. | * | |
| Defendants | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 27TH DAY OF MAY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE